STATE of Missouri, Respondent,

v.

Leonard HALE, Appellant.

No. ED 75845.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 8, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 14, 2000.

Application for Transfer Denied
April 25, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J., and ROBERT E. CRIST, S.J.

## ORDER

PER CURIAM.

Defendant, Leonard Hale, appeals from the judgment entered after a jury found him guilty of forcible sodomy. Defendant was sentenced as a persistent sexual offender and prior offender to thirty years imprisonment without probation or parole. No jurisprudential purpose would be served by a written opinion.

We affirm the judgment pursuant to Rule 30.25(b).

POLYTECH, INC., Plaintiff/Appellant,

v.

RABBITT, PITZER & SNODGRASS, P.C., Defendants/Respondents.

No. ED 76446

Missouri Court of Appeals,
Eastern District,
Division Two

Feb. 8, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 14, 2000.

Application for Transfer Denied
April 25, 2000.

Isidore I. Lamke, Washington, for appellant.

Gerard T. Noce, Hilary R. Huffman, St. Louis, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J. and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Plaintiff appeals from the trial court's judgment dismissing with prejudice plaintiffs' malpractice action. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).